**Order entered July 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00844-CV

**JAMES BELL MCCOY, Appellant**

**V.**

**CRAIG WATKINS, ET AL., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13955-B**

## ORDER

The clerk's record is past due. On July 14, 2014, the Court received correspondence from Gary Fitzsimmons, Dallas County District Clerk, inquiring whether his office is required to file the clerk's record because the case is still active in the trial court. This Court cannot determine its jurisdiction over an appeal without reviewing the clerk's record. Accordingly, we **ORDER** Gary Fitzsimmons to file the clerk's record **on or before JULY 31, 2014**.

We **DIRECT** the Clerk of this Court to send a copy of this order by first-class mail to appellant and by electronic transmission to Gary Fitzsimmons and counsel for appellees.

/s/    ADA BROWN
         JUSTICE